JOHN JOZEFYK v. GEORGE E. WALKER.

September 6, 1989.

Petition for certification denied.  (See 234 *N.J.Super.* 196).

IN THE MATTER OF THE CITY OF ASBURY PARK
SEWER TREATMENT PLANT.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ONE 1980 CHEVROLET CORVETTE (BLACK) VIN. 1Z878AS408472 FLORIDA REG. BBA–89I, ETC.

September 6, 1989.

Petition for certification denied.

PETER ALEXANDRIS v. PLANNING BOARD OF FAIR LAWN.

September 6, 1989.

Petition for certification denied.